# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **JAN MORTON, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **THRIVE AGENCY LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-1458-RP |

## AFFIDAVIT OF SERVICE

I, Michélle du Plessis, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 11, 2024, at 2:46 pm. I delivered these documents to THRIVE AGENCY LLC in Travis County, TX on December 13, 2024 at 1:11 pm at 5900 BALCONES DRIVE, STE 100, Austin, TX 78731 by leaving the following documents with Jade Chhen who as Document processor at Registered Agents Inc. is authorized by appointment or by law to receive service of process for THRIVE AGENCY LLC.

Summons and Complaint

Asian Female, est. age 25-34, glasses: Y, Auburn hair, 280 lbs to 300 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.3416099487,-97.7551151109
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Michélle du Plessis, my date of birth is 2/11/1975, and my address is 9807 N FM 620 Road, Austin, TX 78726, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Travis County                              ,

  TX       on   12/16/2024          .

/s/ *Michlle du Plessis*
_____
Michélle du Plessis
+1 (512) 333-1722
Certification Number: PSC-20619
Expiration Date: 3/31/2026



Exhibit 1a)

