# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JAN MORTON,**<br>*Plaintiff*<br><br>**v.**<br><br>**THRIVE AGENCY LLC**<br>*Defendant* | §<br>§<br>§<br>§   **Case No. 1:24-CV-01458-RP**<br>§<br>§<br>§ |

## O R D E R

Plaintiff Jan Morton filed this action against Defendant Thrive Agency LLC on November 23, 2024. Dkt 1. Service was executed on Defendant on December 13, 2024. Dkt. 4. Accordingly, Defendant's answer was due by January 2, 2025. Defendant did not file timely an answer or otherwise respond.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendants or (b) file a status report on or before **February 19, 2025**.

**SIGNED** on January 29, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1