UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAN MORTON | ' |
| Plaintiff | ' |
| v. | ' Civil No. 1:24-cv-01458 RO |
| THRIVE AGENCY LLC | ' |
| Defendant | ' |

## CLERK'S ENTRY OF DEFAULT

IT APPEARS from the records that the above titled action was served upon the Defendant, THRIVE AGENCY LLC. IT FURTHER APPEARS that the Plaintiff's Motion for Entry of Default states said Defendant has failed to defend said action as directed.

NOW, THEREFORE, on this 08th day of April 2025, DEFAULT is hereby entered against said Defendant.

PHILIP J. DEVLIN, CLERK OF COURT
U.S. DISTRICT COURT

By: _____
Deputy Clerk