## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAN MORTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>THRIVE AGENCY LLC<br><br>　　　　　　　　Defendant. | Case No.　1:24-cv-1458<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jan Morton ("Plaintiff") respectfully notifies that the above-captioned matter is voluntarily dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this November 15, 2025.

　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　a@perronglaw.com

**CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing via ECF on the below date.

Dated: November 15, 2025

                                              */s/ Andrew Roman Perrong*
                                              Andrew Roman Perrong, Esq.
                                              Perrong Law LLC
                                              2657 Mount Carmel Avenue
                                              Glenside, Pennsylvania 19038
                                              Phone: 215-225-5529 (CALL-LAW)
                                              Facsimile: 888-329-0305
                                              a@perronglaw.com